UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:10CV0343 JCH |
| ) | |
| OLIN CORPORATION, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER OF TRANSFER

In accordance with the Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **TRANSFERRED** to the United States District Court, District of Nevada.

Dated this 30th day of July, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE